**WHITE v. N.C. DEPT. OF CORRECTION**

[117 N.C. App. 138 (1994)]

| | | |
|---|---|---|
| BENJAMIN WHITE | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| N.C. DEPT. OF CORRECTION | ) | |

No. 9312SC862

(Filed 9 January 1995)

The following Order was entered:

The motion filed in this cause on the 6th day of January 1995 and designated "Motion" is allowed.

By order of the Court this 9th day of January 1995.

Witness my hand and official seal this the 10th day of January 1995.

s/John H. Connell
Clerk of the Court of Appeals